IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD D. GOREHAM,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND<br>REHABILITATIONS, et al.,<br><br>　　　　Defendant(s).<br>_____/ | 1:07-cv-00908-AWI-DLB (PC)<br><br>ORDER TO SUBMIT CERTIFIED<br>COPY OF PRISON TRUST ACCOUNT<br>STATEMENT **OR** PAY FILING FEE |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $350.00 filing fee.

　　　　In accordance with the above, IT IS HEREBY ORDERED that within thirty days

1  of the date of service of this order, plaintiff shall submit a certified copy of his prison trust
2  account statement for the six month period immediately preceding the filing of the complaint, or
3  in the alternative, pay the $350.00 filing fee for this action. Failure to comply with this order
4  will result in a recommendation that this action be dismissed.
5      IT IS SO ORDERED.
6      Dated:   July 10, 2007          /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE