IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD D. GOREHAM, | 1:07-cv-00908-AWI-DLB (PC) |
| Plaintiff, | |
| vs. | ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE WITHIN THIRTY (30) DAYS |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATIONS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $350.00 filing fee.

In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the

-1-

1  date of service of this order, plaintiff shall submit a certified copy of his prison trust account
2  statement for the six month period immediately preceding the filing of the complaint, or in the
3  alternative, pay the $350.00 filing fee for this action.  Failure to comply with this order will result
4  in a recommendation that this action be dismissed.

6     IT IS SO ORDERED.
7     Dated:   **October 4, 2007**             /s/ **Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE