UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD D. GOREHAM, | 1:07-cv-00908-AWI-DLB-P |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 10) |
| vs. | ORDER DISMISSING ACTION |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATIONS, et al., | |
| Defendants. / | |

Plaintiff, Ronald D. Goreham ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 25, 2008, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within eleven (11) days. To date, plaintiff has not filed objections thereto.[1]

---

[1] The United States Postal Service returned the order served on plaintiff on February 5, 2008, as undeliverable. However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. See Local Rule 83-182(f).

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 25, 2008, are ADOPTED in full;
2. This action is DISMISSED based on plaintiff's failure to obey the court's order of October 4, 2007, and failure to keep the court apprised of his current address at all times pertinent to Local Rule 83-183(b);
3. All pending motions are DENIED as moot; and
4. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

**Dated:   March 7, 2008**           /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE